### Enns *v.* Heibert.

Evans, P. J. The contentions of the parties were fairly submitted in the charge; the excerpts therefrom, criticised as being unauthorized by the evidence, as argumentative, and as intimating an opinion, were not open to the attacks made against them, and the evidence warranted the verdict. *Judgment affirmed. All the Justices concur.*

Argued February 13,—Decided June 9, 1908.

Equitable petition. Before Judge Whipple. Crisp superior court. May 11, 1907.

*Hill & Royal,* for plaintiff in error.

*Max E. Land* and *Walter F. Hall,* contra.